**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

IT APPEARING THAT case number 12 cv 837 was opened and assigned in error, therefore

IT IS HEREBY ORDERED that the assignment of 12 cv 837 shall be vacated and that case number 12 cv 837 shall not be used for any other proceeding.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

*/s/ James F. Holderman*
Chief Judge James F. Holderman

Dated at Chicago, Illinois this 7th day of February, 2012.